UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| ELYSE UNRATH | : | |
| | : | CIVIL ACTION NO. |
| | : | 02-3191 |
| | : | |
| Plaintiff, | : | |
| V. | : | |
| | : | |
| STEAK AND ALE OF PENNSYLVANIA, INC. | : | |
| | : | |
| | : | JURY TRIAL DEMANDED |
| Defendant | : | |

## DISCOVERY PLAN

Pursuant to Rule 26(f) of the Federal Rules of Civil Procedure, all parties have conferred through their counsel and jointly propose the following discovery plan:

### Section 26(f)(1)

Pursuant to Rule 26(f) the parties conferred via telephone regarding the nature of the claims and defenses, and developed this proposed discovery on June 12, 2002.

Defendant served Plaintiff with its Initial Disclosures pursuant to Rule 26(1) by correspondence dated June 12, 2002.

Plaintiff served Defendant with her Initial Disclosures pursuant to Rule 26(1) by correspondence dated or June 18, 2002.

### Section 26(f)(2)

Discovery shall focus on the issues of breach of duty, causation and damages. Parties expect to conduct the depositions of Plaintiff, representatives of Defendant, any and all witnesses present at the restaurant, and any and all witnesses with

knowledge of the injuries alleged in Plaintiff's complaint including physicians and other medical care providers who have treated and provided diagnostic services to Plaintiff. Defendant may also request Plaintiff to submit to a medical examination. Both parties may consult and retain experts regarding the issues of causation and damages.

Defendant removed the above captioned matter to this Court on or about May 24, 2002. Discovery should be completed within 120 days after this date, or by September 23, 2002.

**Section 26(f)(3)**

The parties propose no limitations on discovery in addition to those imposed by the Federal Rules of Civil Procedure or the Local Rules of this Court.

**Section 26(f)(4)**

The parties propose no additional orders pursuant to Rule 26(c) or under Rule 16(b) and (c).


Murray L. Greenfield & Associates					Daller Greenberg & Dietrich, LLP

By: _____					By: _____
    Murray L. Greenfield						Gerhard P. Dietrich
    Michael F. McCartin						Diane M. Fleming
    Attorney for Plaintiff,						Attorneys for Defendant
    Elyse Unrath							Steak and Ale of Pennsylvania, Inc.