**Murray L. Greenfield & Associates**
Murray L. Greenfield, Esquire
Attorney I.D. No. 38103
Michael F. McCartin, Esquire
Attorney I.D. No. 59562
9636 Bustleton Avenue                               Attorney for Plaintiff
Philadelphia, PA 19115
(215) 677-5300

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

ELYSE UNRATH

        v.

STEAK AND ALE OF PENNSYLVANIA, INC          CIVIL ACTION NO. 02-CV-3191
d/b/a BENNIGAN'S GRILL AND TAVERN

**VERDICT SHEET**

**QUESTION #1**:

Do you find that the defendant, Steak and Ale of Pennsylvania, Inc. d/b/a Bennigan's Grill and Tavern, was negligent?

YES_____    NO_____

If your answer to Question number 1 was YES, please proceed to answer Question number 1A.

If your answer to Question number 1 was NO, the plaintiff cannot recover and verdict shall be in favor of the defendant.

**QUESTION #1A**:

Was the defendant's negligence a substantial factor in bringing about the plaintiff's injuries?

YES_____    NO_____

If your answer to Question number 1A was YES, please proceed to answer Question number 2.

If your answer to Question number 1A was NO, the plaintiff cannot recover and your verdict shall be in favor of the defendant.

**QUESTION #2**:

    Was the Plaintiff, Elyse Unrath, contributorily negligent?

        YES_____   NO_____

    If your answer to Question number 2 was YES, please proceed to answer Question number 2A.

    If your answer to Question Number 2A was NO, please proceed to answer Question number 4.

**QUESTION #2A**:

    If your answer to Question number 2 was YES, was the plaintiff's contributory negligence a substantial factor in bringing about her injuries?

        YES_____   NO_____

    If your answer to Question number 2A was YES, please proceed to answer Questions number 3.

    If your answer to Question number 2A was NO, please proceed to answer Question number 4.

**QUESTION #3**:

  Assign the percentage of negligence attributable to all of the parties that you found to be a substantial cause of plaintiff's injuries:

  Percentage of negligence attributable to:

| | |
|---|---|
| STEAK AND ALE OF PENNSYLVANIA, INC. d/b/a BENNIGAN'S GRILL AND TAVERN | _____ % |
| ELYSE UNRATH | _____ % |
| **TOTAL:** | **100 %** |

If you found that the plaintiff's negligence was greater than 50%, then plaintiff is not eligible to recover; otherwise, please proceed to answer Question number 4.

**QUESTION #4**:

  State the amount of damages you award plaintiff for the following injuries <u>without reduction for the percentage of plaintiff's negligence</u>, if any. The Court will reduce plaintiff's recovery, if any, after your verdict:

| | |
|---|---|
| Pain and suffering | $_____ |
| Future pain and suffering | $_____ |
| Loss of enjoyment of life | $_____ |
| Disfigurement | $_____ |

  After you have answered the appropriate questions on this Verdict Sheet, signed and dated by the foreman, please notify the court that a verdict has been reached.

DATE:_____                              _____
                                                                    FOREMAN