**MURRAY L. GREENFIELD & ASSOCIATES**
BY:  Murray L. Greenfield, Esquire
     Michael F. McCartin, Esquire
ATTORNEY ID 38103/59562
9636 Bustleton Avenue
Philadelphia, PA 19115
(215) 677-5300                                ATTORNEY FOR:  **PLAINTIFF**

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

ELYSE UNRATH

      v.

STEAK AND ALE OF                          CIVIL ACTION NO.  02-CV-3191
PENNSYLVANIA, INC d/b/a
BENNIGAN'S GRILL AND
TAVERN

**PLAINTIFF'S ELYSE UNRATH RESPONSE TO DEFENDANT'S STEAK AND ALE OF PENNSYLVANIA, INC. MOTION IN LIMINE TO PRECLUDE LAY OPINION TESTIMONY**

Plaintiff, Elyse Unrath, by and through her attorneys, Murray L. Greenfield & Associates having received Defendant's Motion in Limine hereby responds and avers as follows:

    1.    Admitted.

    2.    Admitted.

    3.    Admitted.

    4.    Denied.

    5.    Denied.  It is denied that there is specialized knowledge required to testify as to the general condition of a flooring surface.  In this particular case, Patrick Unrath

personally inspected the area where Ms. Unrath fell and felt that it was slippery. It is anticipated that Mr. Unrath will be called to testify in this matter and will provide testimony consistent with his observations at the scene. Under Federal Rule of Evidence 701, Mr. Unrath's opinion on the slipperiness of the floor is rationally based on his perception at the time when he examined the area where Ms. Unrath fell and therefore his testimony should be presented to the jury as it would be helpful for a determination of a fact that is an issue in this case.

WHEREFORE, Plaintiff, Elyse Unrath respectfully requests that this Honorable Court deny Defendant's Motion in Limine excluding any lay witness testimony regarding the condition of the flooring surface at Bennigan's and enter an Order in the form proposed herein.

Respectfully submitted,

_____
MURRAY L. GREENFIELD, ESQUIRE
MICHAEL F. McCarty, ESQUIRE
Attorney for Plaintiff

**MURRAY L. GREENFIELD & ASSOCIATES**
BY:  Murray L. Greenfield, Esquire
     Michael F. McCartin, Esquire
ATTORNEY ID 38103/59562
9636 Bustleton Avenue
Philadelphia, PA 19115
(215) 677-5300                                         ATTORNEY FOR:  **PLAINTIFF**

**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

ELYSE UNRATH

    v.

STEAK AND ALE OF                     CIVIL ACTION NO.  02-CV-
PENNSYLVANIA,  INC d/b/a             3191
BENNIGAN'S GRILL AND
TAVERN

**PLAINTIFF'S, ELYSE UNRATH MEMORANDUM OF LAW IN RESPONSE TO
DEFENDANT'S STEAK AND ALE OF PENNSYLVANIA, INC. MOTION IN
LIMINE TO EXCLUDE CERTAIN LAY OPINION TESTIMONY**

I. INTRODUCTION

       Plaintiff, Elyse Unrath, may introduce testimony that the ceramic floor surface where Plaintiff fell was slippery and also wet.  Plaintiff, Elyse Unrath and Debra Rubinsky have both testified that their clothes were wet as a result of a floor on the floor in front of the wait station.  When Plaintiff's son, Patrick Unrath arrived at the scene he inspected the area where Plaintiff fell and determined that the area felt slippery.  A waitress at the restaurant testified that many people had complained about the slipperiness of the floor.  This testimony is relevant and may go to Defendant's knowledge in regard to notice.

II.     ARGUMENT

Federal Rule of Evidence 701 provides for opinion testimony by lay witnesses. The slipperiness of the floor will clearly be an issue in this case. Testimony regarding the area where Plaintiff fell as being slippery will be based on the perception of the witnesses in this case and helpful to a clear understanding of the witnesses' testimony and the determination of a fact in issue. Plaintiff does not intend to offer testimony that the ceramic tile flooring at the Bennigan's was a dangerous condition in an of itself.

WHEREFORE, Plaintiff, Elyse Unrath requests that Defendant's Motion in Limine to Preclude Lay Witness Testimony be denied.

Respectfully submitted,

_____
MURRAY L. GREENFIELD, ESQUIRE
MICHAEL F. McCarty, ESQUIRE
Attorney for Plaintiff

**MURRAY L. GREENFIELD & ASSOCIATES**
BY:  Murray L. Greenfield, Esquire
       Michael F. McCartin, Esquire
ATTORNEY ID 38103/59562
9636 Bustleton Avenue
Philadelphia, PA 19115
(215) 677-5300                                              ATTORNEY FOR:  **PLAINTIFF**

# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

ELYSE UNRATH

     v.

STEAK AND ALE OF                                      CIVIL ACTION NO.  02-CV-3191
PENNSYLVANIA,  INC d/b/a
BENNIGAN'S GRILL AND
TAVERN

## ORDER

AND NOW, this            day of                                  , 2003, having received Defendant's Motion in Limine to preclude lay opinion testimony and Plaintiff's Response thereto,  it is hereby ORDERED and DECREED that said Motion is DENIED.

_____
                                                                                                                         J.

## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

ELYSE UNRATH

    v.

STEAK AND ALE OF            CIVIL ACTION NO. 02-CV-3191

PENNSYLVANIA, INC d/b/a

BENNIGAN'S GRILL AND

TAVERN

### CERTIFICATION OF SERVICE

I hereby certify that I have served a copy of this paper upon all other parties or their attorney of record by:

    (x)  Regular First Class Mail
    ( )  Certified Mail
    ( )  Other _____

_____
MURRAY L. GREENFIELD, ESQUIRE
MICHAEL F. McCARTIN, ESQUIRE
Attorney for Plaintiff

Date: _____

## VERIFICATION

I, MURRAY L. GREENFIELD, ESQUIRE, verifies that the statements made in this pleading are true and correct. I understand that false statements herein are made subject to the penalties of 18 PA.C.S. §4904 relating to unsworn falsification to authorities.

_____
**MURRAY L. GREENFIELD, ESQUIRE**
**Attorney for Plaintiff**

**Date:**_____