IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| ELYSE UNRATH | : | |
| Plaintiff, | : | CIVIL ACTION |
| vs. | : | |
| | : | |
| STEAK AND ALE OF PENNSYLVANIA d/b/a BENNIGAN'S GRILL AND TAVERN | : : : | NO. 02-3191 |
| Defendant. | : | |

**O R D E R**

**AND NOW**, this 16th day of June, 2003, upon consideration of Defendant, Steak and Ale of Pennsylvania, Inc.'s, Motion *in Limine* to Preclude Certain Evidence as Hearsay (Document No. 19, filed May 27, 2003), and Plaintiff's Response, **IT IS ORDERED** that Defendant, Steak and Ale of Pennsylvania, Inc.'s, Motion *in Limine* to Preclude Certain Evidence as Hearsay is **DENIED** on the present state of the record **WITHOUT PREJUDICE** to defendant's right to seek reconsideration of the Motion or to object at trial to any inadmissible hearsay testimony.

**IT IS FURTHER ORDERED** that neither plaintiff nor plaintiff's counsel may make reference to any testimony which is the subject of the Motion in the presence of the jury without prior approval of the Court..

BY THE COURT:

_____
JAN E. DUBOIS, J.