## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **ELYSE UNRATH** | : | |
| **Plaintiff,** | : | **CIVIL ACTION** |
| **vs.** | : | |
| | : | |
| **STEAK AND ALE OF PENNSYLVANIA** | : | **NO.  02-3191** |
| **d/b/a BENNIGAN'S GRILL AND** | : | |
| **TAVERN** | : | |
| **Defendant.** | : | |

### O R D E R

**AND NOW**, this 12th day of February, 2004, **IT IS ORDERED** that this case is

**SPECIALLY LISTED** for trial to commence on, March 1, 2004, at 10:00 A.M., in Courtroom

12-B, U.S. Courthouse, 601 Market Street, Philadelphia, Pennsylvania.

The following attorneys are **ATTACHED** for trial:

Michael F. McCartin, Esquire
Counsel for Plaintiff; and,

Gerhard P. Dietrich, Esquire
Counsel for Defendant.

The estimated trial time is four (4) to five (5) days.

**BY THE COURT:**

_____

**JAN E. DUBOIS, J.**